**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

In the Matter of:                                                      Case No:
Paramont Homes, Inc.                                          00-07634-8-JRL
    Debtor                                                       Chapter 11

**REPORT ON UNCLAIMED DIVIDENDS**

      NOW COMES, the undersigned attorney for the Debtor, and respectfully reports unto the Court the following:

      1.     Checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| Coastal John Rentals, Inc.<br>P.O. Box 415<br>Newport, NC 28570 | $28.09 | 07/10/06 |
| Apex Steel Corp.<br>130 Iowa Lane, Suite 202<br>Cary, NC 27511 | $38.48 | 07/10/06 |
| 1st Choice Custom Cabinets<br>1015 Classic Road<br>Apex, NC 27502 | $2,119.09 | 07/10/06 |
| R E Promotions<br>6924 Coventry Ridge<br>Raleigh, NC 27616 | $31.71 | 07/10/06 |
| Surv Oceanside Eng<br>8810 Emerald Drive<br>Emerald Isle, NC 28594 | $67.96 | 07/10/06 |
| Carteret Publishing<br>P.O. Box 1679<br>Morehead City, NC 28557 | $81.69 | 07/10/06 |

Comfort Master                                    $1,064.66        07/10/06
P.O. Box 188
Zebulon, NC 27597


Country-Aire Rental, Inc.                         $41.05           07/10/06
5447 Hwy 70 Suite 216
Morehead City, NC 28557


Top Notch Irrigation                              $135.92          07/10/06
122 Stoney Creek
Jacksonville, NC 28540


    2.     The undersigned has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful.

    WHEREFORE, the undersigned attorney for the Debtor desires to pay unto the Court said unclaimed dividends.

    Dated: 3/11/10

                                     s/Trawick H. Stubbs, Jr.
                                     TRAWICK H. STUBBS, JR.
                                     Attorney for the Debtor
                                     STUBBS & PERDUE, P.A.
                                     Post Office Box 1654
                                     New Bern, NC 28563
                                     (252) 633-2700
                                     (252) 633-9600 (facsimile)
                                     N.C. State Bar #4221